UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP B. HAUSKEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LYNN BELANGER and SGT. DUNLEVY,<br><br>　　　　　　　Defendants. | NO: 2:15-cv-00025-SAB<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION |

By Order filed March 25, 2015, the Court instructed Mr. Hausken to show cause why he should not be precluded from proceeding *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g). ECF No. 3. Plaintiff did not respond to this Order and has filed nothing further.

The Court found that at least three of Plaintiff's prior civil actions, filed while he was incarcerated, have been dismissed as frivolous, malicious, or for

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

failure to state a claim upon which relief may be granted,[1] including: *Hausken v. Vande Weye, et al.*, Western District cause number 3:13-cv-05560-BHS (dismissed as malicious on 8/27/13, ECF No. 12, with instructions to count it as a strike under 28 U.S.C. § 1915(g), and to revoke *in forma pauperis* status for the purpose of appeal, although no appeal was taken);[2] *Hausken v. Belanger et al.*, Eastern District cause number 2:13-cv-00259-JPH (dismissed with prejudice for failure to state a claim upon which relief may be granted on 11/22/13, ECF No. 28, notice of appeal filed on 11/24/14, but voluntarily dismissed and Mandate issued on 12/15/14, ECF No. 40); and *Hausken v. Smolech, et al.*, Western District cause number 3:14-cv-05037-BHS (dismissed as malicious on 4/7/14, ECF No. 12, with instructions to count it as a strike

---

[1] *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking notice of judicial proceedings in another court); *see also Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (matters subject to judicial notice may be considered under Fed. R. Civ. P. 12(b)(6)).

[2] The Court notes further that the Report and Recommendation in that case, ECF No. 6, which was adopted on 8/27/13, specifically stated, "This would be plaintiff's second strike. Plaintiff had an action dismissed for failure to state a claim earlier in 2012 [sic], 12-0190RAL." ECF No. 6 at 3, lines 11-12.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2

pursuant to 28 U.S.C. § 1915(g), and to revoke *in forma pauperis* status for the purpose of appeal, although no appeal was taken). Plaintiff has failed to demonstrate that he was "under imminent danger of serious physical injury," at the time he signed his civil rights complaint on November 25, 2014, ECF No. 1 at 4. *See* 28 U.S. C. § 1915(g).

Therefore, **IT IS ORDERED** Plaintiff's Application to Proceed *in forma pauperis* is **DENIED.** Although granted the opportunity to do so, Plaintiff has not paid the $400.00 filing fee to commence this action. Accordingly, **IT IS ORDERED** this action is **DISMISSED** for failure to pay the filing fee under 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 12th day of May 2015.

Stanley A. Bastian
United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 3